BENJAMIN F. UNDERHILL et al., Individually and as Executors, etc., Respondents, *v.* SARAH A. UNDERHILL et al., Impleaded, etc., Appellants.

(Argued April 22, 1889; decided June 4, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 14, 1886, which affirmed an interlocutory judgment in favor of plaintiffs, entered upon a decision of the court on a trial without a jury.

*Thomas Nelson* for appellants.

*Theodore Fitch* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

MARIA M. KNAPP, as Executrix, etc., Respondent, *v.* HARRY HOLLINS, JR., et al., Impleaded, etc., Appellants.

(Argued April 23, 1889; decided June 4, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 15, 1888, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

*Alfred E. Mudge* for appellants.

*Joseph A. Burr, Jr.,* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.